RECEIVED
IN LAKE CHARLES, LA

AUG 22 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DOMINIC PLUMBER | CIVIL ACTION NO. 12-CV-00337 |
| VS. | SECTION P |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 17] of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Commissioner's decision should be **VACATED** and the above-captioned matter **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) to allow the plaintiff the opportunity to cross-examine Dr. Matthew Erickson regarding his consultative examination report.

Lake Charles, Louisiana, on this the 22 day of August, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE